**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
01/23/2024
**JEFFREY P. COLWELL, CLERK**

United States District Court
For the
District of Colorado

Ryan Shawhan Kehoe v. Kevin Bradley Kehoe

Civil Action No. 1:23-cv-01752-STV

Defendant's answer to Plaintiff's Complaint

I, Defendant <u>Kevin Kehoe</u>, answer the Complaint as follows:

A. PLAINTIFF INFORMATION
Defendant is without knowledge but reasonably presumes this to be accurate.

B. DEFENDANT INFORMATION
Admitted.

C. JURISDICTION
Plaintiff: Defendant is without knowledge but reasonably presumes this to be accurate.
Defendant: Admitted.

D. CLAIMS

<u>CLAIM ONE: DEFAMATION OF CHARACTER</u>
1. Does not require a response.
2. Does not require a response.
3. Admitted in part, denied in part. Defendant relocated to New Jersey in January 2023.
4. Denied.
5. Denied.
6. Denied in part. Admitted communication with Mr. Deehtan. Denied due to speculation.
7. Defendant is without knowledge.
8. Denied.
9. Denied in part, Defendant is without knowledge to the factual accuracy.
10. Defendant is without knowledge.
11. Denied.
    a. Denied.
    b. Admitted in part. Defendant is without knowledge in part. Admitted Defendant advised Plaintiff of siad hockey injury, Defendant is not a medical expert.
    c. Denied.
    d. Defendant is without knowledge.
12. Denied.
    a. Denied.
    b. Denied.

       c. Defendant is without knowledge.
       d. Denied.
13. Denied.
14. Denied.
15. Denied.
16. Denied.
17. Denied.

CLAIM TWO: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

18. Does not require a response.
19. Admitted.
20. Denied.
21. Denied.
22. Denied.
23. Denied.
24. Admitted defendant contacted plaintiff. Denied in that the alleged statement by Defendant is contextually erroneous.
25. Admitted defendant contacted plaintiff. Denied in that the alleged statement by Defendant is contextually erroneous.
26. Admitted defendant contacted plaintiff. Denied in that the alleged statement by Defendant is contextually erroneous.
27. Denied.
28. Denied.
29. Denied.
30. Denied
31. Denied.
32. Denied
33. Denied
34. Denied.

CLAIM THREE: CONVERSION AND CIVIL THEFT

35. Does not require a response.
36. Admitted in part, denied in part. Defendant relocated to New Jersey in January 2023.
37. Does not require a response.
38. Denied.
39. Denied.
40. Admitted.
41. Admitted in part. Denied in that the alleged statement by Defendant is without knowledge.
42. Defendant is without knowledge.
43. Denied.
44. Denied. Defendant did not have a dog at that time.
45. Defendant is without knowledge.
46. Denied.

47. Denied.
48. Denied in part, Defendant is without knowledge in part. The first sentence is denied. Defendant is without knowledge as to the second sentence.
49. Defendant is without knowledge as he was not a party to the case.
50. Denied.
51. Denied
    a. Admitted in part. Denied in that the alleged statement by Defendant is without knowledge.
    b. Defendant is without knowledge.
    c. Defendant is without knowledge.
    d. Defendant is without knowledge.
    e. Defendant is without knowledge.
    f. Defendant is without knowledge.
    g. Defendant is without knowledge.
52. Admitted I was in FL, Denied
    a. Denied. Plaintiff is not privy to the actions, personal habits, or financial activity of Plaintiff.
    b. Denied. Plaintiff is not privy to the actions, personal habits, or financial activity of Plaintiff.
    c. Denied. Plaintiff is not privy to the actions, personal habits, or financial activity of Plaintiff.
    d. Denied. Plaintiff is not privy to the actions, personal habits, or financial activity of Plaintiff.
    e. Denied. Plaintiff is not privy to the actions, personal habits, or financial activity of Plaintiff.
    f. Denied. Plaintiff is not privy to the actions, personal habits, or financial activity of Plaintiff.
    g. Denied. Plaintiff is not privy to the actions, personal habits, or financial activity of Plaintiff.
    h. Denied. Plaintiff is not privy to the actions, personal habits, or financial activity of Plaintiff or his girlfriend, who is not a Party to this case.
53. Statement of conjecture which does not require a response.
54. Statement of conjecture which does not require a response.
55. Does not require a response.
56. Without knowledge/Denied