

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

CASE NO. 23-cv-01752-STV

RYAN SHAWHAN KEHOE,
        Plaintiff,

v.

KEVIN BRADLEY KEHOE,
        Defendant.

---

## NOTICE OF INTERROGATORIES SENT TO DEFENDANT

---

Plaintiff, Ryan Kehoe, hereby notifies the Court that interrogatories were sent to Defendant on December 13, 2024.

Dated this 12th day of December 2024 in Commerce City, Colorado.

>>>>>>>>>>>>>>>>>>>>> **CERTIFICATE OF SERVICE**

I, Ryan Kehoe, hereby certify that a true and accurate copy of this **MOTION FOR DISCOVERY DEADLINE EXTENSION** has been furnished to the following parties:

Kevin Kehoe
10703 Ayrshire Dr.
Westchase, FL 33626

Date this 12th day of December 2024 in Commerce City, Colorado. <<<<<<<<<<<<<

_Ryan Kehoe_
Ryan Kehoe
6360 E 63rd Pl #10
Commerce City, CO 80022