UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Case No. 23-CV-01752-STV

Ryan Shawhan Kehoe,
*Plaintiff.*

v.

Kevin Bradley Kehoe,
*Defendant.*

## MOTION FOR SANCTIONS

Plaintiff, Ryan Kehoe, hereby respectfully requests Defendant, Kevin Kehoe, be penalized for failing to comply with the order issued on April 22, 2025. *See Dkt. #61.*

Plaintiff served Defendant a set of interrogatories on December 29, 2024. Defendant failed to answer any of those interrogatories prompting Plaintiff request the Court to resolve said issue, which was heard by this Court and ultimately resulted in Defendant being ordered to answer said interrogatories on or before May 7, 2025. Up to the time of this writing on May 15, 2025, Plaintiff has not received Defendant's answers to the interrogatories.

Plaintiff contacted Defendant via email on May 6, 2025, in which Plaintiff reminded Defendant of the upcoming deadline while also supplying Defendant with two separate emails, one GMAIL account and one OUTLOOK account, to which Defendant could send his answers to the interrogatories. Defendant's responsive email neither acknowledged his legal obligation to comply with the ORDER issued by the Court, nor his intention to comply with said order.

In short, Defendant has failed to comply with the order issued by the Court, and Defendant failed to demonstrate any intention of answering the interrogatories.

WHEREAS, for the good cause stated herein, imposing sanctions on Defendant is appropriate and necessary. Plaintiff yields to this Court as to what penalties are to be imposed on Defendant.

Dated this 15th day of May 2025 in Denver, Colorado.

Ryan Kehoe, *Plaintiff*

---

### CERTIFICATE OF SERVICE

Plaintiff, Ryan Kehoe, hereby certifies that a copy of this motion has been furnished via USPS prepaid mail to the following parties:

Defendant:

Kevin Kehoe
10703 Ayrshire Dr.
Tampa, FL 33626.

Dated this 15th day of May 2025 in Denver, Colorado.

Ryan Kehoe, *Plaintiff*

2