IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 23-cv-01752-STV                Date:   October 22, 2025
Courtroom Deputy: Sonia Chaplin              FTR – Reporter Deck-Courtroom A402

*Parties:*                                    *Counsel:*

RYAN SHAWHAN KEHOE,                           Pro Se

   Plaintiff,

v.

KEVIN BRADLEY KEHOE,                          Pro Se

   Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**
**Court in session:**     3:12 p.m.
Court calls case. Appearance of Pro Se Plaintiff Ryan Kehoe and Pro Se Defendant Kevin Kehoe.

This matter is before the Court for a status of the case.

Statements by Plaintiff and Defendant.

For the reasons stated on the record, it is:

**ORDERED:**     Defendant shall respond to Plaintiff's discovery requests on or before **November 5, 2025**.


HEARING CONCLUDED.
**Court in recess:**     3:16 p.m.
Total time in court:   00:04

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.